```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

  IN RE KEVIN THOMAS WATKINS              MEMORANDUM AND ORDER

                                          Civil Action No.
                                          CV-06-597 (DGT)
--------------------------------X
```

Trager, J:

On February 9, 2006, Kevin Thomas Watkins ("Watkins" or "appellant") appealed decisions of the bankruptcy court, dismissing his bankruptcy case and denying a stay pending appeal. Appellant sought a preliminary injunction to extend the stay during the course of the appeal.

At the February 13, 2006 hearing, Watkins' application for a stay was denied.


Dated:  Brooklyn, New York
        March 28, 2006

                                    SO ORDERED:


                                    ___/s/_____
                                    David G. Trager
                                    United States District Judge